IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-CR-58-RGA |
| ) | |
| CHARTWORLD SHIPPING CORPORATION, ) | |
| NEDERLAND SHIPPING CORPORATION, ) | |
| and VASILEIOS MAZARAKIS, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR SCHEDULING CONFERENCE

NOW COMES the United States of America, by and through its undersigned attorney, and requests the Court to order a scheduling conference or teleconference, and submits the following.

1. On May 6, 2019, an arraignment was held for defendants Chartworld Shipping Corporation and Nederland Shipping Corporation at which George Chalos, Esquire, entered not guilty pleas on behalf of his two clients. D.I. 15.  Mr. Chalos was non-committal as to whether he would be filing pretrial motions and resisted the Court's standard order, which automatically excludes 30 days under the Speedy Trial Act for the filing of pretrial motions.

2. On May 8, 2019, the Court entered Orders, requiring Mr. Chalos' two clients to file pretrial motions by June 10, 2019.  However, the Orders do not exclude any time under the Speedy Trial Act.  D.I. 17 and 18.

3. On May 8, 2019, defendant Vasileios Mazarakis was arraigned and Edward S. MacColl, Esquire, counsel for the defendant, entered a not guilty plea on behalf of his client.   Mr.

MacColl advised the Court that he would file any pretrial motions within two weeks and similarly opposed any automatic exclusion of time under the Speedy Trial Act prior to the actual filing of a pretrial motion. The Court entered an Order, requiring pretrial motions by June 10, 2019. D.I. 19. However, the Order did not exclude any time under the Speedy Trial Act.

4. As to the three defendants, time under the Speedy Trial Act has been running since the arraignments. The government requests a conference or teleconference to schedule a trial date, or otherwise address Speedy Trial Act concerns.

WHEREFORE, the United States requests this Court to schedule a conference or teleconference and to exclude the time from the filing of the government's motion through the date of the conference or teleconference under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(D).

DAVID C. WEISS
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: May 20, 2019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-CR-00058-RGA |
| ) | |
| CHARTWORLD SHIPPING CORPORATION, ) | |
| NEDERLAND SHIPPING CORPORATION, ) | |
| and VASILEIOS MAZARAKIS, ) | |
| ) | |
| Defendants. ) | |

## O RD E R

Having considered the government's Motion for Scheduling Conference or Teleconference,

**IT IS HEREBY ORDERED** this _____ day of May, 2019, that a conference / teleconference is scheduled for the _____ day of _____, 2019 at _____ am / pm.

**IT IS FURTHER ORDERED** that the time from the filing of the government's motion, May 20, 2019, through the date of the conference/teleconference be excluded under the Speedy Trial Act.  18 U.S.C. § 3161(h)(1)(D).

_____
HONORABLE RICHARD G. ANDREWS
United States District Court